# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3029
_____

MICHAEL SHELTON,

Appellant,

v.

PASCO COUNTY BOARD OF
COUNTY
COMMISSIONERS/COMMERCIAL
RISK MANAGEMENT, INC.,

Appellees.

_____


On appeal from an order of the Office of the Judges of Compensation Claims.
Rita L. Young, Judge.

Date of Accident: February 13, 2018.

November 28, 2023


PER CURIAM.

AFFIRMED.


LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Amie E. DeGuzman, Jacksonville, for Appellant.

Warren K. Sponsler of Sponsler, Hammer & Johnson, P.A., Tampa, for Appellees.